**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PELE LA CRUZ WATKINS, | ) | NO. CV 10-06187 AHM (SS) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| FRANCISCO J. QUINTANA, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 3/3/11

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE